**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

DAVID SWINBURNE,
*et al.*,

        Plaintiffs,

v.                                     Civil Action No. 1:20-cv-00917

VOLKSWAGEN GROUP OF
AMERICA, INC.; *et al.*,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs David

Swinburne, James Beaty, and Shari Siegel, and Defendants Volkswagen Group of America, Inc.

and Audi AG, stipulate to the dismissal of this action with prejudice. Each party shall bear its own

costs and fees.

       Respectfully submitted this 28th day of December, 2021.

**PLAINTIFFS,**                          **DEFENDANTS,**

By:   */s/ Leonard A. Bennett*          By: */s/Christopher E. Trible*
Leonard A. Bennett, VSB #37523       Terrence M. Bagley (VSB No. 22081)
Craig C. Marchiando, VSB #89736      Christopher E. Trible (VSB No. 48847)
**CONSUMER LITIGATION ASSOCIATES, P.C.**   Kenneth W. Abrams (VSB No. 78216)
763 J. Clyde Morris Blvd., Ste. 1-A     McGuireWoods LLP
Newport News, VA 23601           Gateway Plaza
Telephone: (757) 930-3660         800 East Canal Street
Facsimile: (757) 930-3662          Richmond, Virginia 23219
Email: lenbennett@clalegal.com      Telephone: (804) 775-4771
Email: craig@clalegal.com          Fax: (757) 640-3950
                                  tbagley@mcguirewoods.com
CAPSTONE LAW APC              ctrible@mcguirewoods.com
Tarek H. Zohdy (admitted pro hac vice)    kabrams@mcguirewoods.com
Cody R. Padgett (admitted pro hac vice)
1875 Century Park East, Suite 1000     Michael B. Gallub (pro hac vice)

Los Angeles, CA 90067

BERGER MONTAGUE PC
Russell D. Paul (admitted pro hac vice)
Amey J. Park (admitted pro hac vice)
Abigail J. Gertner (admitted pro hac vice)
1818 Market Street, Suite 3600
Philadelphia, PA 19103

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
Gregory F. Coleman
Jonathan B. Cohen
800 Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
gcoleman@milberg.com
jcohen@milberg.com

*Counsel for Plaintiffs*

Homer B. Ramsey (pro hac vice)
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, New York 10004
Telephone: (212) 471-8500
Fax: (212) 344-3333
mgallub@herzfeld-rubin.com
hramsey@herzfeld-rubin.com

*Counsel for Volkswagen Group of America,
Inc. and Audi AG*