IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID SWINBURNE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:20-cv-00917 (RDA/JFA) |
| v. ) | |
| ) | |
| VOLKSWAGEN GROUP OF AMERICA, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Parties' Stipulation of Dismissal of December 28, 2021. Dkt. 91. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action against Defendants is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
January 5, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge